OWEN RUSSELL, as Administrator de Bonis Non of the Estate of MARY J. RUSSELL, Deceased, Appellant, *v.* JAMES BUTLER GROCERY COMPANY, Respondent.

(Argued June 7, 1934; decided July 3, 1934.)

*Charles G. F. Wahle, Samuel Mezansky* and *Saul Grover Wlodaver* for appellant.

*Hieronimous A. Herold* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division on the ground that the evidence presented a question of fact for the jury. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.